**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW JERSEY LANDSCAPE CONTRACOTRS ASSOCIATION,** <br> **Plaintiff,** <br> **v.** <br> **THE MAYOR OF THE TOWNSHIP OF MAPLEWOOD, et al.,** <br> **Defendants.** | **Civil Action No. 17-3293 (ES) (SCM)** <br> **ORDER** |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiff's motion for preliminary injunction with temporary restraints (D.E. No. 3); and the Court having reviewed the parties' submission in support of and in opposition to the pending motion; and for the reasons discussed during the May 12, 2017 hearing;

IT IS on this 17th day of May 2017,

**ORDERED** that Plaintiff's motion for a preliminary injunction with temporary restraints (D.E. No. 3) is DENIED *without prejudice*;

**ORDERED** that Plaintiff's Complaint (D.E. No. 1) is DISMISSED *without prejudice*;

**ORDERED** that the Clerk of Court shall terminate docket entry number 3.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**